Maribel **SALCEDO–GUTIERREZ**, Petitioner,

v.

Eric H. **HOLDER**, Jr., Attorney General, Respondent.

No. 08–74329.

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.*

Filed May 10, 2011.

Maribel Salcedo–Guitierrez, Long Beach, CA, pro se.

Paul Fiorino, Trial, U.S. Department of Justice, Richard M. Evans, Esquire, Assistant Director, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

### MEMORANDUM **

Maribel Salcedo–Gutierrez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

The BIA did not abuse its discretion in denying Salcedo–Gutierrez's motion to reopen because she failed to set forth any new facts or present new evidence to challenge the agency's previous finding regarding her lack of good moral character. *See* 8 C.F.R. § 1003.2(c)(1) (providing that a motion to reopen "shall state the new facts that will be proven at a hearing to be held if the motion is granted and shall be supported by affidavits or other evidentiary material"); *see* also 8 U.S.C. § 1101(f)(7) (stating that an alien who has served over 180 days in prison may not establish good moral character).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.